*State, Respondent, v. Jackson, Petitioner*, No. 92645-0. Petition for review of a decision of the Court of Appeals, No. 32808-2-III, November 19, 2015, 191 Wn. App. 1023. *Denied* April 27, 2016.

*Goodeill, Respondent, v. Madison Real Estate, Petitioner*, No. 92647-6. Petition for review of a decision of the Court of Appeals, No. 32442-7-III, November 3, 2015, 191 Wn. App. 88. *Denied* April 27, 2016.

*Potelco, Inc., Petitioner, v. Dep't of Labor & Indus., Respondent*, No. 92649-2. Petition for review of a decision of the Court of Appeals, No. 46256-7-II, September 22, 2015, 191 Wn. App. 9. *Denied* April 27, 2016.

*RSD AAP LLC, Petitioner, v. Alyeska Ocean, Inc., et al., Respondents*, No. 92650-6. Petition for review of a decision of the Court of Appeals, No. 71926-2-I, September 21, 2015, 190 Wn. App. 305. *Denied* April 27, 2016.

*State, Respondent, v. Ahmed, Petitioner*, No. 92653-1. Petition for review of a decision of the Court of Appeals, No. 72390-1-I, November 23, 2015, 191 Wn. App. 1024. *Denied* April 27, 2016.

*Crill, Petitioner, v. WRBF Inc., Respondent*, No. 92656-5. Petition for review of a decision of the Court of Appeals, No. 31912-1-III, September 3, 2015, 189 Wn. App. 1052. *Denied* April 27, 2016.

*State, Respondent, v. Vanelsloo, Petitioner*, No. 92680-8. Petition for review of a decision of the Court of Appeals, No. 71856-8-I, November 16, 2015, 191 Wn. App. 1015. *Denied* April 27, 2016.

*State, Respondent, v. Basave, Petitioner*, No. 92681-6. Petition for review of a decision of the Court of Appeals, No. 72503-3-I, November 23, 2015, 191 Wn. App. 1025. *Denied* April 27, 2016.